IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHACUBE YOUNG, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-5340 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of August, 2020, after considering the *pro se* plaintiff's second amended complaint (Doc. No. 14); and for the reasons set forth in the court's separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The second amended complaint (Doc. No. 14) is **DISMISSED** in its entirety as follows:

    a. The plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

    b. The plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.